THE WAGNER LAW GROUP
NICHOLAS J.P. WAGNER
California State Bar No. 109455
LAURA E. BROWN
California State Bar No. 306035
1111 E Herndon Ave. Suite 317
Fresno, CA 93720
Tel.: (559) 449-1800
butch@thewagnerlawgroup.com
laura@lauraebrown.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET CISNEROS, an individual,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>    Defendants. | 3:25-cv-05339-LJC<br><br><br>**STIPULATION TO LIFT STAY OF PROCEEDINGS; AND ORDER** |

**STIPULATION TO LIFT STAY**

Subject to the court's approval, Plaintiff and Defendants, through their undersigned counsel of record, stipulate as follows:

WHEREAS, on January 20, 2026, the Court issued an order relating the above-captioned case to *Sanchez v. United States of America*, No. 3:25-cv-05333-LJC (and five other cases filed by the same counsel)[1] (the "Related Cases") (ECF No. 18);

WHEREAS, on February 12, 2026, the parties submitted a written stipulation requesting this case be stayed to permit the parties to engage in a bellwether motion in *Sanchez* with the intent to resolve common pleading issues applicable to the Related Cases;

WHEREAS, also on February 12, 2026, Court issued an order granting the parties' request to stay;

WHEREAS, following meet and confer efforts between by the parties, on June 11, 2026, Plaintiff Bonnie Sanchez filed a Notice of Voluntary Dismissal;

WHEREAS, Plaintiff has agreed, subject to Court approval, to file an amended complaint in this case by June 26, 2026; and

WHEREAS, the parties agree that Defendants' deadline to respond to the amended complaint should be at least 45 days after the filing of such amended complaint;

THEREFORE, THE PARTIES AGREE, subject to Court approval, as follows:

1.  The stay in the above-captioned case and the five Related Cases should be lifted;

2.  Plaintiff will file an amended complaint by June 26, 2026; and

---

[1] *Johnson v. United States of America*, No. 25-cv-05336-LJC; *Travis v. United States of America,* No. 25-cv-05337-LJC; *Calvillo v. United States of America*, No. 25-cv-05338-LJC; *Cisneros v. United States of America*, No. 25-cv-05339-LJC; and *Leyva v. United States of America*, No. 25-cv-05340-LJC.

- 2 -

**STIPULATION TO LIFT STAY**

3.  Defendants will file a responsive pleading to the amended complaint within 45 days.

SO STIPULATED.


DATED:  June 17, 2026                          Respectfully submitted,

                                               CRAIG H. MISSAKIAN
                                               United States Attorney

                                               */s/ Jevechius D. Bernardoni*
                                               JEVECHIUS D.  BERNARDONI
                                               Assistant United States Attorney
                                               Attorneys for Defendants


DATED: June 17, 2026                           The Wagner Law Group

                                               */s/ Nicholas J.P. Wagner*
                                               LAURA E. BROWN
                                               NICHOLAS J.P. WAGNER
                                               Attorney for Plaintiff


   *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**STIPULATION TO LIFT STAY**

**ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the stay previously issued in the above-captioned case is LIFTED. It is FURTHER ORDERED that Plaintiff will file an amended complaint, and Defendants will file a responsive pleading within 45 days of the filing of the amended complaint.

IT IS SO ORDERED.

DATED: July 1, 2026

_____
HON. LISA J. CISNEROS

- 4 -

**STIPULATION TO LIFT STAY**